UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04   11401 JLT

| | |
|---|---|
| COMMERCE INSURANCE CO., INC. as Subrogee of Mark Lloyd and Sandy Lloyd<br>    Plaintiff<br><br>vs.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.<br>    Defendant | RECEIPT # 56734<br>AMOUNT $150<br>SUMMONS ISSUED N/A<br>LOCAL RULE 4.1<br>WAIVER FORM<br>MCF ISSUED<br>BY DPTY. CLK.<br>DATE 6/15/04 |

MAGISTRATE JUDGE _____

NOTICE OF REMOVAL OF CIVIL ACTION

TO THE HONORABLE JUSTICE OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Petitioner, Samsung Electronics America, Inc., respectfully shows this Court:

1. The Petitioner is the defendant in the above-entitled action;

2. On or about May 24, 2004, the plaintiff, Commerce Insurance Co., Inc. (hereinafter "Commerce") as Subrogee of Mark Lloyd and Sandy Lloyd commenced an action against the defendant, Samsung Electronics Ameica, Inc. (hereinafter "Samsung") in the Middlesex Superior Court;

3. On or about May 24, 2004, the plaintiff's counsel served the defendant with a copy of the complaint;

4. No further proceedings have been had herein in the Middlesex Superior Court;

5. The above-entitled action wholly involves corporations of different states in that at the time of the commencement of this action in Massachusetts, and since that time, the plaintiff is a Massachusetts insurance company licensed to issue policies of insurance in Massachusetts, and the defendant, Samsung, is a New York

corporation with its principal place of business at 105 Challenger Road, Ridgefield Park, New Jersey.

6. The amount in controversy, exclusive of interest and costs, is in excess of seventy-five thousand dollars ($75,000.00) as the plaintiff alleges damages totaling $196,132.62;

7. This Court, therefore, has original jurisdiction of the above entitled action pursuant to 28 U.S.C. sec. 1332 and removal of the action to this Court is proper pursuant to 28 U.S.C. sec. 1441 (a);

8. The above-entitled action is a civil action for breach of warranty, negligence and a violation of M.G.L. c. 93A in which the plaintiff alleges that an air conditioner manufactured and distributed by Samsung allegedly malfunctioned causing a fire at the Lloyd's premises;

9. Copies of the original complaint and summons served upon the defendant are attached hereto and marked "A".

10. This Petition is filed with the Court within thirty (30) days after serve on the Petitioners of the Summons and Complaint in this action;

11. In compliance with 28 U.S.C. sec. 1446 (d), the Petitioner will give written notice of the filing of the Notice of Removal to all adverse parties, and will file a copy of the Notice of Removal with the Clerk of the Middlesex Superior Court, Commonwealth of Massachusetts.

12. Pursuant to Local Rule 81.1(a), D. Mass., Petitioner will file in this Court certified or attested copies of all docket entries, records and proceedings in the Middlesex Superior Court, Commonwealth of Massachusetts, in the above entitled matter.

WHEREFORE, the Petitioner prays the above entitled action be removed from the Middlesex Superior Court to this Court.

                                                                                                              /s/ Thomas B. Farrey, III
                                                                                                              THOMAS B. FARREY, III/BBO159880
                                                                                                              BROOKE P. SELIGER/BBO550947
                                                                                                              Burns & Farrey
                                                                                                              446 Main Street
                                                                                                              Worcester, MA 01608
                                                                                                              Tel. 508/756-6288

## CERTIFICATE OF SERVICE

I, THOMAS B. FARREY, III AND/OR BROOKE P. SELIGER, hereby certify that I have this date mailed a copy of the within document, postage prepaid, to John F. Hurley, Jr. Esq., MacCarthy, Pojani & Hurley, LLP, 446 Main Street, Worcester, MA 01608.

DATED:   June 15, 2003                                             /s/ Thomas B. Farrey, III
                                                                                        THOMAS B. FARREY, III
                                                                                        BROOKE P. SELIGER

Ch52.cp.Doc#4
JHM

COMMONWEALTH OF MASSACHUSETTS        Superior Court
Middlesex, ss.                       Department of the Trial
                                     Court of the Commonwealth
                                     Civil Action
                                     No: 04-2170

COMMERCE INSURANCE CO., INC.    )
As subrogee of Mark Lloyd and   )    PLAINTIFF'S COMPLAINT
Sandy Lloyd                     )    AND DEMAND FOR TRIAL
      Plaintiff                 )    JURY
vs                              )
                                )
SAMSUNG ELECTRONICS             )    05/25/04 14:14#0000 7495 CLERK E
AMERICA, INC.                   )         CIVIL        240.00
      Defendant                 )         SURCHARGE     15.00
                                          SECC          20.00
                                          042170 #
                                          SUBTTL       275.00
                                          TOTAL       275.00
1.   The plaintiff Commerce Insurance Co., Inc. (hereinafter CHECK 275.00
     "Commerce") is a corporation licensed to issue policies of
     insurance in Massachusetts.  Commerce has offices at 211
     Main Street, Webster, MA.

2.   The defendant Samsung Electronics America, Inc. (hereinafter
     "Samsung") is a corporation which does business throughout
     the United States including in Massachusetts.  Samsung has
     offices at 400 Valley Road, Suite 201, Mount Arlington, NJ.
     Samsung has a resident agent in Massachusetts named
     Corporation Services Co. with offices at 84 State Street,
     Boston, MA.

3.   As of July 7, 2001, Commerce insured a premises owned by
     Mark Lloyd and Sandy Lloyd located at 56 Richardson Ave.,
     Dracut, MA.

4.   The Lloyds purchased three Samsung air conditioners at B.J.
     Wholesaler's in Nashua, New Hampshire within one month prior
     to July 7, 2001.

5.   The Lloyds placed the air conditioners at three locations
     within the premises at 56 Richardson Ave., Dracut, MA.

6.   The Lloyds shut off all the electrical appliances and units
     at the premises on or about July 3, 2001 and went on
     vacation.

7.   On July 7, 2001, a fire occurred at the premises at 56
     Richardson Ave., Dracut, MA.

8. The fire originated at one of the three Samsung air conditioners and was caused by a defect in the air conditioners.

9. The air conditioner that malfunctioned and caused the fire at the Lloyd's premises was manufactured and distributed by the defendant Samsung.

10. As a result of the fire at 56 Richardson Avenue, Dracut, MA, Commerce paid a total of $196,132.62 to the Lloyds for damage to the premises, damage to or loss of personal property, and for alternate living expenses and is now subrogated to the Lloyds' right to recover from the defendant Samsung.

## COUNT I
## BREACH OF WARRANTY

11. The plaintiff Commerce restates and realleges the allegations contained in paragraphs 1 - 10 of its complaint.

12. The defendant Samsung breached its warrantee of merchantability and fitness by placing in the stream of commerce a defective air conditioner which malfunctioned and caused extensive damage to the premises at 56 Richardson avenue, Dracut, MA and loss of personal property and alternative living expenses.

Wherefore, the plaintiff, Commerce Insurance Co., Inc., demands judgment from the defendant, Samsung Electronics America, Inc. plus interest, costs and attorneys fees.

## COUNT II
## NEGLIGENCE

13. The plaintiff Commerce restates and realleges the allegations contained in paragraphs 1 - 12 of its complaint.

14. As a result of the negligence of the defendant Samsung, the plaintiff Commerce's insured sustained damage to their residence, loss of personal property and incurred alternate living expenses.

15. The plaintiff Commerce is subrogated to its insureds' right to recover from the defendant Samsung for the amounts Commerce paid to the Lloyds.

2

Wherefore, the plaintiff, Commerce Insurance Co., Inc., demands judgment from the defendant Samsung Electronics America, Inc., plus interest and costs.

## COUNT III
## CHAPTER 93A VIOLATION

16. The plaintiff Commerce restates and realleges the allegations contained in paragraphs 1-14 of its complaint.

17. The breaches of warranty by the defendant Samsung constitute violations of Chapter 93A, Sections 2, 9, 11 and authorize the recovery of attorneys fees for said breaches.

Wherefore, the plaintiff Commerce Insurance Co., Inc. demands judgment from the defendant Samsung Electronics America, Inc. plus interest, costs and attorneys fees.

The plaintiff, Commerce Insurance Co., Inc. demands a trial by jury on all issues.

John F. Hurley, Jr. / Esquire
MacCarthy, Pojani & Hurley, LLP
446 Main Street
Worcester, MA 01608
508-798-2480
BBO #245200

Dated: 5/24/04

F:\data2\co-lloyd.cml.doc



3