UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

C.A. No.:          2004 JUN 15 P 4: 24

| | |
|---|---|
| COMMERCE INSURANCE CO., INC. AS SUBROGEE OF MARK LLOYD AND SANDY LLOYD<br>　　　Plaintiff<br><br>Vs.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEARANCE

Please enter my appearance for the defendant, Samsung Electronics America, Inc., in the above-entitled matter.

_____
THOMAS B. FARREY, III/BBO159880
BROOKE P. SELIGER/BBO550947
Burns & Farrey
446 Main Street
Worcester, MA  01608
Tel. 508/756-6288

## CERTIFICATE OF SERVICE

I, THOMAS B. FARREY, III AND/OR BROOKE P. SELIGER, hereby certify that I have this date mailed a copy of the within document, postage prepaid, to John F. Hurley, Jr., Esquire, 446 Main Street, Worcester, MA, 01608.

DATED:    June 15, 2004

_____
THOMAS B. FARREY, III
BROOKE P. SELIGER

(ch52.cg)