# BURNS & FARREY

COUNSELORS AT LAW

446 MAIN STREET • WORCESTER, MASSACHUSETTS 01608-2302
TELEPHONE: (508) 756-6288   FAX: (508) 831-9769

FILED
IN CLERKS OFFICE

2004 JUN 30  A 11: 78

U.S. DISTRICT COURT
DISTRICT OF MASS.

THOMAS B. FARREY, III ◊
EDWARD B. McGRATH
JAMES T. HUGGARD ◊ ♦
BROOKE P. SELIGER ♦
THOMAS P. BRADY
JAMES P. McLARNON, JR.
FRANCIS J. DUGGAN
RICHARD E. McCUE
JEFFREY A. FISHMAN
FRANK S. PUCCIO, JR.
KATHRYN A. TOOMEY
DAVID A. OLIPHANT
JANINE H. McNULTY
TIMOTHY J. SMYTH

BOSTON OFFICE:
150 FEDERAL STREET
BOSTON, MA 02110
TELEPHONE: (617) 439-4758
FAX: (617) 439-4148

PROVIDENCE OFFICE:
10 WEYBOSSET STREET
PROVIDENCE, RI 02903
TELEPHONE: (401) 621-7286
FAX: (401) 621-7348

JOHN C. BURNS (1952-1984)

◊ ALSO ADMITTED IN RHODE ISLAND
♦ ALSO ADMITTED IN NEW YORK

PLEASE RESPOND TO
WORCESTER OFFICE

June 29, 2004
(email:farrey@burnsandfarrey.com)

Clerk's Office-Civil
United States District Court
One Courthouse Way
Boston, MA  02210

Re:   Commerce Insurance Co., Inc. as subrogee of Mark Lloyd and Sandy Lloyd
Vs.   Samsung Electronics America, Inc.
       No. 04-11401 JLT

Dear Sir/Madam:

       Enclosed for filing please find certified copies of pleadings filed in the Middlesex Superior Court prior to removal of this action.

       Thank you.

Sincerely,
BURNS & FARREY

BY: _____
     THOMAS B. FARREY, III

TBF/cg
Enc.
CC:   John F. Hurley, Jr., Esq
       Michael Baker/3257 14 11
(cp.ch52#14)

# Commonwealth of Massachusetts
## County of Middlesex
### The Superior Court

FILED
IN CLERKS OFFICE

2004 JUN 30  A 11: 78

U.S. DISTRICT COURT
DISTRICT OF MASS.

**I, Michael Brennan, Assistant Clerk** of the Superior Court of the Commonwealth of Massachusetts  within and for said County of Middlesex, do certify that the papers hereto annexed are true pleadings in case No. **MICV2004-02170** entered in the Superior Court on **05/25/2004.**

**IN TESTIMONY WHEREOF,** I hereunto set my hand and affix the seal of said Superior Court, at said Lowell this 24th day of June, in the year of our Lord 2004



Assistant Clerk of the Courts

cvdremlett_1.wpd 2583388 removus houle

TO PLAINTIFF'S ATTORNEY:  PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

.............................. , ss
MIDDLESEX
[seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No.   04-2170L

Commerce Insurance Co., Inc.
As subrogee of Mark Lloyd
and Sandy Lloyd
.............................. , Plaintiff(s)

v.

Samsung Electronics America, Inc.
.......................................... , Defendant(s)

## SUMMONS

To the above-named Defendant:   Samsung Electronics America, Inc.
400 Valley Rd., Mount Arlington, NJ
You are hereby summoned and required to serve upon ...John.F..Hurley,.Jr..............................

.................................................. plaintiff's attorney, whose address is .........................................

.446..Main..St..,..Worcester,..MA..01608................., an answer to the complaint which is herewith

served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you

fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also

required to file your answer to the complaint in the office of the Clerk of this court at ....................................

Cambridge
.................................................................. either before service upon plaintiff's attorney or within a

reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may

have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's

claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at ...............................................................

the ..................28th................................... day of ...May.............................................................

...................., in the year of our Lord ......2004............................. .

FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX

JUN 16 2004

*Edward J Sullivan*
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

FORM NO. SUP. — 001



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*                                            June 9, 2004

I hereby certify and return that on 6/3/2004 at 3:40:00 PM I served a
true and attested copy of the Summons, Complaint and Cover Sheet in this
action in the following manner: To wit, by delivering in hand to Bernardo
Montanez, Process Clerk,  for Samsung Electronics America, Inc., at ,  84
State Street, C/O Corporation Service Boston, MA 02108. Basic Service Fee
(IH) ($30.00), Travel ($3.20), Postage and Handling ($1.00),
Attest/Copies ($5.00) Total Charges $39.20


Deputy Sheriff    John Cotter

_____
                                              *Deputy Sheriff*

**Commonwealth of Massachusetts**
**MIDDLESEX SUPERIOR COURT**
**Case Summary**
**Civil Docket**

# MICV2004-02170

## ommerce Insuranc Co., Inc. As Subrogee of Mark Lloyd and Sandy v Samsung Electronics America, Ir

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 05/25/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 06/22/2004 | **Session** | L - Cv time-stan 1 (Lowell) | | |
| **Origin** | 1 | **Case Type** | B05 - Products liability | | |
| **Lead Case** | | **Track** | A | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 08/23/2004 | **Answer** | 10/22/2004 | **Rule12/19/20** | 10/22/2004 |
| **Rule 15** | 08/18/2005 | **Discovery** | 07/14/2006 | **Rule 56** | 09/12/2006 |
| **Final PTC** | 01/10/2007 | **Disposition** | 05/25/2007 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Commerce Insuranc Co., Inc. As Subrogee of Mark
Lloyd and Sandy
211 Main Street
Lloyd
Active 05/25/2004

**Private Counsel 245200**
John F Hurley Jr
MacCarthy Pojani & Hurley
446 Main Street
Worcester, MA 01608
Phone: 508-798-2480
Fax: 508-797-9561
Active 05/25/2004 Notify

**Defendant**
Samsung Electronics America, Inc.
c/o C/O Corporation
84 State Street
Boston, MA 02108
Served: 06/16/2004
Served (answr pending) 06/16/2004

**Private Counsel 159880B**
Thomas B Farrey
Burns & Farrey
446 Main Street
Worcester, MA 01608
Phone: 508-756-6288
Fax: 508-831-9769
Active 06/22/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 05/25/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 05/25/2004 | | Origin 1, Type B05, Track A. |
| 06/16/2004 | 2.0 | SERVICE RETURNED: Samsung Electronics America, Inc.(Defendant) in hd. on 06/03/04 |
| 06/22/2004 | 3.0 | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

MIDDLESEX, ss.    Commonwealth of Massachusetts
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
in testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior court
this _____ day of June 20__

_____
Deputy    Assistant Clerk

3/

FILED
IN CLERKS OFFICE

2004 JUN 30  A II: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

FILED
UNITED STATES DISTRICT COURT OFFICE
DISTRICT OF MASSACHUSETTS

2004 JUN 15  P 4: 24

04  11401  JLT

U.S. DISTRICT COURT
DISTRICT OF MASS.

COMMERCE INSURANCE CO., )
INC. as Subrogee of Mark Lloyd and)
Sandy Lloyd                      )
                Plaintiff        )
                                 )
vs.                              )
                                 )  MAGISTRATE JUDGE Bowler .
                                 )
SAMSUNG ELECTRONICS              )
AMERICA, INC.                    )
                Defendant        )

RECEIPT # __56134__
AMOUNT $ 150
SUMMONS ISSUED N/A
LOCAL RULE 4.1 ____
WAIVER FORM ____
MCF ISSUED ____
BY DPTY. CLK. __F.O.M__
DATE __6/11/04__

NOTICE OF REMOVAL OF CIVIL ACTION

TO THE HONORABLE JUSTICE OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Petitioner, Samsung Electronics America, Inc., respectfully shows this Court:

1.    The Petitioner is the defendant in the above-entitled action;

2.    On or about May 24, 2004, the plaintiff, Commerce Insurance Co., Inc.

      (hereinafter "Commerce") as Subrogee of Mark Lloyd and Sandy Lloyd

      commenced an action against the defendant, Samsung Electronics Ameica, Inc.

      (hereinafter "Samsung") in the Middlesex Superior Court;

3.    On or about May 24, 2004, the plaintiff's counsel served the defendant with a

      copy of the complaint;

4.    No further proceedings have been had herein in the Middlesex Superior Court;

5.    The above-entitled action wholly involves corporations of different states in that

      at the time of the commencement of this action in Massachusetts, and since that

      time, the plaintiff is a Massachusetts insurance company licensed to issue policies

      of insurance in Massachusetts, and the defendant, Samsung, is a New York



FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE ... MIDDLESEX

JUN 2 2 2004

CLERK

corporation with its principal place of business at 105 Challenger Road, Ridgefield Park, New Jersey.

6.   The amount in controversy, exclusive of interest and costs, is in excess of seventy-five thousand dollars ($75,000.00) as the plaintiff alleges damages totaling $196,132.62;

7.   This Court, therefore, has original jurisdiction of the above entitled action pursuant to 28 U.S.C. sec. 1332 and removal of the action to this Court is proper pursuant to 28 U.S.C. sec. 1441 (a);

8.   The above-entitled action is a civil action for breach of warranty, negligence and a violation of M.G.L. c. 93A in which the plaintiff alleges that an air conditioner manufactured and distributed by Samsung allegedly malfunctioned causing a fire at the Lloyd's premises;

9.   Copies of the original complaint and summons served upon the defendant are attached hereto and marked "A".

10.  This Petition is filed with the Court within thirty (30) days after serve on the Petitioners of the Summons and Complaint in this action;

11.  In compliance with 28 U.S.C. sec. 1446 (d), the Petitioner will give written notice of the filing of the Notice of Removal to all adverse parties, and will file a copy of the Notice of Removal with the Clerk of the Middlesex Superior Court, Commonwealth of Massachusetts.

12.  Pursuant to Local Rule 81.1(a), D. Mass., Petitioner will file in this Court certified or attested copies of all docket entries, records and proceedings in the Middlesex Superior Court, Commonwealth of Massachusetts, in the above entitled matter.

WHEREFORE, the Petitioner prays the above entitled action be removed from the Middlesex Superior Court to this Court.

THOMAS B. FARREY, III/BBO159880
BROOKE P. SELIGER/BBO550947
Burns & Farrey
446 Main Street
Worcester, MA   01608
Tel.  508/756-6288

### CERTIFICATE OF SERVICE

I, THOMAS B. FARREY, III AND/OR BROOKE P. SELIGER, hereby certify that I have this date mailed a copy of the within document, postage prepaid, to John F. Hurley, Jr. Esq., MacCarthy, Pojani & Hurley, LLP, 446 Main Street, Worcester, MA 01608.

DATED:       June 15, 2003

THOMAS B. FARREY, III
BROOKE P. SELIGER

Ch52.cp.Doc#4
JHM

COMMONWEALTH OF MASSACHUSETTS          Superior Court
Middlesex, ss.                         Department of the Trial
                                       Court of the Commonwealth
                                       Civil Action
                                       No:        04-2170

COMMERCE INSURANCE CO., INC.  )
As subrogee of Mark Lloyd and )        PLAINTIFF'S COMPLAINT
Sandy Lloyd                            AND DEMAND FOR TRIAL
        Plaintiff                      FILED JURY

vs                                     IN THE OFFICE OF THE
                                       CLERK OF THE COURTS

SAMSUNG ELECTRONICS            )       MAY 25 2004       05/25/04 14:14#0000 7495 CLERK E
AMERICA, INC.                  )                         CIVIL          240.00
        Defendant              )                         SURCHARGE       15.00
                                                         SECC            20.00
                                                        042170 #
                                                        SUBTTL          275.00
                                                        TOTAL  275.00
1.   The plaintiff Commerce Insurance Co., Inc. (hereinafter CHECK  275.00
     "Commerce") is a corporation licensed to issue policies of
     insurance in Massachusetts.  Commerce has offices at 211
     Main Street, Webster, MA.

2.   The defendant Samsung Electronics America, Inc. (hereinafter
     "Samsung") is a corporation which does business throughout
     the United States including in Massachusetts.  Samsung has
     offices at 400 Valley Road, Suite 201, Mount Arlington, NJ.
     Samsung has a resident agent in Massachusetts named
     Corporation Services Co. with offices at 84 State Street,
     Boston, MA.

3.   As of July 7, 2001, Commerce insured a premises owned by
     Mark Lloyd and Sandy Lloyd located at 56 Richardson Ave.,
     Dracut, MA.

4.   The Lloyds purchased three Samsung air conditioners at B.J.
     Wholesaler's in Nashua, New Hampshire within one month prior
     to July 7, 2001.

5.   The Lloyds placed the air conditioners at three locations
     within the premises at 56 Richardson Ave., Dracut, MA.

6.   The Lloyds shut off all the electrical appliances and units
     at the premises on or about July 3, 2001 and went on
     vacation.

7.   On July 7, 2001, a fire occurred at the premises at 56
     Richardson Ave., Dracut, MA.

8.  The fire originated at one of the three Samsung air conditioners and was caused by a defect in the air conditioners.

9.  The air conditioner that malfunctioned and caused the fire at the Lloyd's premises was manufactured and distributed by the defendant Samsung.

10. As a result of the fire at 56 Richardson Avenue, Dracut, MA, Commerce paid a total of $196,132.62 to the Lloyds for damage to the premises, damage to or loss of personal property, and for alternate living expenses and is now subrogated to the Lloyds' right to recover from the defendant Samsung.

## COUNT I
### BREACH OF WARRANTY

11. The plaintiff Commerce restates and realleges the allegations contained in paragraphs 1 - 10 of its complaint.

12. The defendant Samsung breached its warrantee of merchantability and fitness by placing in the stream of commerce a defective air conditioner which malfunctioned and caused extensive damage to the premises at 56 Richardson avenue, Dracut, MA and loss of personal property and alternative living expenses.

    Wherefore, the plaintiff, Commerce Insurance Co., Inc., demands judgment from the defendant, Samsung Electronics America, Inc. plus interest, costs and attorneys fees.

## COUNT II
### NEGLIGENCE

13. The plaintiff Commerce restates and realleges the allegations contained in paragraphs 1 - 12 of its complaint.

14. As a result of the negligence of the defendant Samsung, the plaintiff Commerce's insured sustained damage to their residence, loss of personal property and incurred alternate living expenses.

15. The plaintiff Commerce is subrogated to its insureds' right to recover from the defendant Samsung for the amounts Commerce paid to the Lloyds.

Wherefore, the plaintiff, Commerce Insurance Co., Inc., demands judgment from the defendant Samsung Electronics America, Inc., plus interest and costs.

COUNT III
CHAPTER 93A VIOLATION

16. The plaintiff Commerce restates and realleges the allegations contained in paragraphs 1-14 of its complaint.

17. The breaches of warranty by the defendant Samsung constitute violations of Chapter 93A, Sections 2, 9, 11 and authorize the recovery of attorneys fees for said breaches.

Wherefore, the plaintiff Commerce Insurance Co., Inc. demands judgment from the defendant Samsung Electronics America, Inc. plus interest, costs and attorneys fees.

The plaintiff, Commerce Insurance Co., Inc. demands a trial by jury on all issues.

John F. Hurley, Jr., Esquire
MacCarthy,Pojani&Hurley, LLP
446 Main Street
Worcester, MA 01608
508-798-2480
BBO #245200

Dated: 5/24/04

F:\data2\co-lloyd.cm].doc

