UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No.: 04cv11401 JLT

COMMERCE INSURANCE CO.,       )
INC. AS SUBROGEE OF MARK      )
LLOYD AND SANDY LLOYD         )
        Plaintiff        )
                            )
Vs.                           )
                            )
SAMSUNG ELECTRONICS           )
AMERICA, INC.,                )
        Defendant        )

DEFENDANT'S RULE 7.3(A) STATEMENT

The defendant, Samsung Electronics America, Inc., hereby discloses that 100% of its stock is owned by its parent corporation, Samsung Electronics Co., Ltd.

SAMSUNG ELECTRONICS AMERICA, INC.
By Its Attorneys

THOMAS B. FARREY, III/BBO159880
BROOKE P. SELIGER/BBO550947
Burns & Farrey
446 Main Street
Worcester, MA  01608
Tel. 508/756-6288

CERTIFICATE OF SERVICE

I, THOMAS B. FARREY, III AND/OR BROOKE P. SELIGER, hereby certify that I have this date mailed a copy of the within document, postage prepaid, to John F. Hurley, Jr., Esquire, 446 Main Street, Worcester, MA, 01608.

DATED:    August 26, 2004

THOMAS B. FARREY, III
BROOKE P. SELIGER

(ch52/#17)