UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No:
04-11401 JLT

| | |
|---|---|
| COMMERCE INSURANCE CO., INC. )<br>Subrogee of Mark Lloyd and )<br>Sandy Lloyd )<br>        Plaintiff )<br> )<br>vs. )<br> )<br>SAMSUNG ELECTRONICS )<br>AMERICA, INC. )<br>        Defendant ) | PLAINTIFF'S RULE 73<br>CORPORATE DISCLOSURE STATEMENT |

The plaintiff, Commerce Insurance Co., Inc., is a Massachusetts corporation that is a wholly owned subsidiary of Commerce Holdings, Inc., a Massachusetts non-insurance holding company. Commerce Holdings, Inc. is a wholly owned subsidiary of the Commerce Group, Inc. a publicly held Massachusetts non-insurance holding company.

_____
Attorney for Plaintiff
Commerce Insurance Co., Inc.
John F. Hurley, Jr., Esquire
MacCarthy Pojani & Hurley
446 Main Street
Worcester, MA  01608
(508) 798-2480

CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2004, 2004, I served a copy of the within Corporate Disclosure Statement upon Thomas B. Farrey, III, Esquire, Burns & Farrey, 446 Main Street, Worcester, MA 01608 by mailing a copy of the same, postage prepaid.

_____
John F. Hurley, Jr., Esquire

F:\data2\FRM\co-lloyd.disc stm.doc