UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

Civil Action No. 04-11401 JLT

COMMERCE INSURANCE CO., INC.
AS SUBROGEE OF MARK LLOYD AND SANDY LLOYD
    Plaintiff(s)

VS.

SAMSUNG ELECTRONICS AMERICA, INC.
    Defendant

## ASSENTED TO MOTION TO TRANSFER BETWEEN DIVISIONS PURSUANT TO LR 40.1(F)

Samsung Electronics America, Inc., the Defendant, pursuant to LR 40.1(F) requests this Honorable Court transfer the above-captioned matter to the District Court of Massachusetts, Central Division. The Defendant also requests that this case be assigned to Magistrate Charles Swartwood for all pre-trial matters and ultimately the trial, if the need arises.

In support of this request, the Defendant states the following:

1. The Plaintiff, Commerce Insurance Co. has a principle place of business at 211 Main Street, Webster, Worcester County, Massachusetts.

2. Counsel for both parties have their principle offices in Worcester, Worcester County, Massachusetts.

3. The Plaintiff assents to this request.

4. A transfer would not delay the proceedings.

WHEREFORE, the Defendant prays that this matter be transferred from the District Court of Massachusetts, Eastern Division to the Central Division.

Samsung Electronics America, Inc
By Its Attorneys,

_____
THOMAS B. FARREY, III BBO#159880
BROOKE P. SELIGER BBO# 550947
Burns & Farrey
446 Main Street, 22nd Floor
Worcester, Massachusetts 01608
Telephone 508-756-6288


Commerce Insurance Co., Inc as Subrogee of Mark Lloyd and Sandy Lloyd
By Its Attorney,

_____
JOHN F. HURLEY, JR.
Pojani, Hurley, Ritter and Salvidio
446 Main Street, 21st Floor
Worcester, Massachusetts 01608
Telephone 508-798-2480

### CERTIFICATE OF SERVICE

I, THOMAS B. FARREY, III AND/OR BROOKE P. SELIGER, hereby certify that I have this date delivered BY HAND and mailed a copy of the within document, by first class mail postage prepaid Atty. John F. Hurley, Jr., Pojani, Hurley, Ritter and Salvidio, 446 Main Street, 21st Floor, Worcester, Massachusetts 01608.

DATED: January 13, 2005

_____
THOMAS B. FARREY, III
BROOKE P. SELIGER