UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMMERCE INSURANCE CO., )
INC. as Subrogee of Mark Lloyd and )
Sandy Lloyd )
      Plaintiff )
)
vs. )
)
SAMSUNG ELECTRONICS )
AMERICA, INC. )
      Defendant )

C.A. No.: 04-11401

## CERTIFICATION BY DEFENDANT, SAMSUNG ELECTRONICS AMERICA, INC. PURSUANT TO L.R. 16.1 (D)(3)

The defendant, Samsung Electronics America, Inc., and its counsel hereby certify to this court that the defendant and its counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Counsel for Defendant

_____
THOMAS B. FARREY, III/BBO159880
BROOKE P. SELIGER/BBO550947
Burns & Farrey
446 Main Street
Worcester, MA  01608
Tel. 508/756-6288

_____
MICHAEL BAKER
Senior Claims Examiner
CHUBB GROUP OF INSURANCE COMPANIES

### CERTIFICATE OF SERVICE

I, THOMAS B. FARREY, BROOKE P. SELIGER/BURNS & FARREY, hereby certify under the pains and penalties that a copy of the within Certification has been mailed this date, postage prepaid to John F. Hurley, Jr., Esq., 446 Main St., Worcester, MA 01608.
(cp.ch52#12)

DATED: February 28, 2005

_____
THOMAS B. FARREY, III
BROOKE P. SELIGER