UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

Civil Action No. 04-11401 CBS

---

COMMERCE INSURANCE CO., INC.
AS SUBROGEE OF MARK LLOYD AND SANDY LLOYD
    Plaintiff(s)

VS.

SAMSUNG ELECTRONICS AMERICA, INC.
    Defendant

---

## JOINT STATEMENT

Now come the parties and pursuant to Local Rule 16.1 state as follows:

### PROPOSED PRETRIAL SCHEDULING ORDER

The parties propose the following pretrial schedule:

1. All written discovery requests including interrogatories and document requests shall be served by all parties on or before May 1, 2005 and responses and answers are to be served on or before July 1, 2005.

2. All motions to amend pleadings or join additional parties shall be served on or before August 1, 2005.

2. All fact depositions of parties and non-expert witnesses shall be completed on or before February 1, 2006.

3. Plaintiff shall identify his trial experts and disclose information contemplated via F.R.C.P. 26(b)(4) with respect to those experts by March 1, 2006.

4. Defendant shall identify its trial expert witnesses by April 1, 2006 and disclose information contemplated via F.R.C.P. 26(b)(4) with respect to those experts by May 1, 2006.

5.  All depositions of expert witnesses shall be completed on or before August 1, 2006.

7.  All dispositive motions, including motions for summary judgment shall be served on or before October 1, 2006.

### CERTIFICATIONS RE BUDGET AND ALTERNATIVE DISPUTE RESOLUTIONS

The plaintiff and defendant will provide the required certifications separately.

_____
**JOHN F. HURLEY**
Pojani Hurley Ritter & Salvidio, LLP
446 Main Street
Worcester, MA 01608
Tel.: 508/ 798-2480

_____
**THOMAS B. FARREY, III**
**BROOKE P. SELIGER**
Burns & Farrey
446 Main Street
Worcester, MA 01608
Tel.:   508/ 756-6288
BBO:  159880/550947

### CERTIFICATE OF SERVICE

I, THOMAS B. FARREY, III AND/OR BROOKE P. SELIGER, hereby certify that I have this date mailed a copy of the within document, postage prepaid, to John F. Hurley, Esq., Pojani, Hurley, Ritter and Salvidio, 446 Main Street, Worcester, MA 01608.

DATED: 3/4/05

_____
THOMAS B. FARREY, III
BROOKE P. SELIGER

BPS/
(BIC1jtstmt)