UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No.: 04-11401

COMMERCE INSURANCE CO., )
INC. as Subrogee of Mark Lloyd and )
Sandy Lloyd )
      Plaintiff )
)
vs. )
)
SAMSUNG ELECTRONICS )
AMERICA, INC. )
      Defendant )

CERTIFICATION BY DEFENDANT, SAMSUNG ELECTRONICS AMERICA, INC., PURSUANT TO L.R. 16.1 (D)(3)

The defendant, Samsung Electronics America, Inc., and its counsel hereby certify to this court that the defendant and its counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Counsel for Defendant

_____
THOMAS B. FARREY, III/BBO159880
BROOKE P. SELIGER/BBO550947
Burns & Farrey
446 Main Street
Worcester, MA 01608
Tel. 508/756-6288

_____
Brian K. Wehr
its
for SAMSUNG ELECTRONICS AMERICA, INC.

CERTIFICATE OF SERVICE
I, Brooke P. Seliger hereby certify that a copy of this document was served upon John F. Hurley, Jr., 446 Main St. Worcester, MA 01608 this 4th day of March 2005.

_____
BROOKE P. SELIGER

(cp.ch52#13)