UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No: 04-11401

| | |
|---|---|
| COMMERCE INSURANCE CO., INC. | ) |
| Subrogee of Mark Lloyd and | ) |
| Sandy Lloyd | ) |
|     Plaintiff | ) |
| | ) |
| Vs | ) |
| | ) |
| SAMSUNG ELECTRONICS | ) |
| AMERICA, INC. | ) |
|     Defendant | ) |

CERTIFICATION BY PLAINTIFF
COMMERCE INSURANCE CO., INC. PURSUANT TO L.R. 16.1 (D) (3)

The plaintiff, Commerce Insurance Co., Inc. and its counsel hereby certify to this court that the plaintiff and its counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in L.R.. 16.4

Counsel for Plaintiff

_____
John F. Hurley, Jr., Esquire
Pojani, Hurley, Ritter & Salvidio, LLP
446 Main Street
Worcester, MA 01608
BBO # 245200
508-798-2480

_____
Cynthia Preston
Subrogation Coordinator
Commerce Insurance Co., Inc.

## CERTIFICATE OF SERVICE

  I, John F. Hurley, Jr., Esq., hereby certify that I served a copy of the within Certification by Plaintiff Commerce Insurance Co., Inc. Pursuant to L.R. 16.1 (D)(3) by first-class, postage prepaid to Thomas B. Farrey, III, Esquire, Burns & Farrey, 446 Main Street, Worcester, MA 01608.

                  _____
                  John F. Hurley, Jr., Esquire

March 8, 2005