UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

Civil Action No. 04-11401 CBS

COMMERCE INSURANCE CO., INC.
AS SUBROGEE OF MARK LLOYD AND SANDY LLOYD
    Plaintiff(s)

VS.

SAMSUNG ELECTRONICS AMERICA, INC.
    Defendant

## DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER
## (ASSENTED TO)

Now comes the Defendant, SAMSUNG ELECTRONICS AMERICA, INC., and respectfully moves this Court to amend the scheduling order deadline for the filing of answers to interrogatories and responses to request for production of documents for a period of forty-five (45) days, from July 1, 2005 until August 15, 2005.

As grounds therefore, the Defendant refers to the Memorandum in support of this motion submitted herewith.

WHEREFORE, the Defendant, Samsung Electronics America, Inc., requests this Court amend the current scheduling order deadline for the filing of answers to interrogatories and responses to requests for production of documents from July 1, 2005 until August 15, 2005

ASSENTED TO:

_____
JOHN F. HURLEY, JR.
Pojani, Hurley, Ritter & Salvidio
446 Main Street
Worcester, MA 01608

SAMSUNG ELECTRONICS AMERICA, INC.
By Its Attorney:

Dated: 6/24/05

_____
THOMAS B. FARREY, III
BROOKE P. SELIGER
Burns & Farrey
446 Main Street
Worcester, MA 01608
Tel.:   508/ 756-6288
BBO:   159880/550947

## CERTIFICATE OF SERVICE

I, THOMAS B. FARREY, III AND/OR BROOKE P. SELIGER, hereby certify that I have this date mailed a copy of the within document, postage prepaid, to John F. Hurley, Esq., Pojani, Hurley, Ritter and Salvidio, 446 Main Street, Worcester, MA 01608.

DATED:                         _____
                                             THOMAS B. FARREY, III
                                             BROOKE P. SELIGER

## CERITIFICATE OF CONSULTATION UNDER LOCAL RULE 37.1

I Brooke P. Seliger, hereby certify that I consulted with John F. Hurley, Jr. regarding the issues presented in this motion on June 23, 2005 and that he assents to this motion.

_____
BROOKE P. SELIGER

(ch52#59)