UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

**Civil Action No. 04-11401 CBS**

COMMERCE INSURANCE CO., INC.
AS SUBROGEE OF MARK LLOYD AND SANDY LLOYD
    Plaintiff(s)

VS.

SAMSUNG ELECTRONICS AMERICA, INC.
    Defendant

**DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER**

The within matter is a products liability action in which the Plaintiff, Commerce Insurance Company in which the plaintiff subrogee, Commerce Insurance, alleges that a fire which occurred on July 7, 2001 at the home of its insureds Mark and Sandy Lloyd was caused by a portable air conditioner which plaintiff claims was manufactured or sold by the defendant, Samsung Electronics America, Inc. Plaintiff's complaint seeks approximately two hundred thousand dollars ($200,000.00) in damages.

The original scheduling order issued on March 7, 2005 provided that all requests for production of documents and interrogatories must be served by 5/1/05 and answers and responses to be served by 7/1/05. The parties have propounded interrogatories and requests for production of documents to each other in accordance with the deadline set forth in the Scheduling Order; however, neither party has served responses to date. Following the service of discovery, the parties were engaged in some settlement discussions; however those discussions were not successful, and despite its best efforts, the Defendant does not believe that it will be able to provide its document response and answers to interrogatories to the Plaintiff prior to the July 1st deadline set forth in the Scheduling Order. Accordingly, the Defendant respectfully request an additional forty-five (45) days (45) in which to serve responses and answers.

WHEREFORE, the Defendant, Samsung Electronics America, Inc., requests this Court amend the current scheduling order deadline for the filing of answers to interrogatories and responses to requests for production of documents from July 1, 2005 until August 15, 2005

|  |  |
|---|---|
| Dated: /June 14/, 2005 | SAMSUNG ELECTRONICS AMERICA, INC.<br>By Its Attorney:<br><br>_____<br>**THOMAS B. FARREY, III**<br>**BROOKE P. SELIGER**<br>Burns & Farrey<br>446 Main Street<br>Worcester, MA 01608<br>Tel.:   508/ 756-6288<br>BBO:  159880/550947 |

## CERTIFICATE OF SERVICE

I, THOMAS B. FARREY, III AND/OR BROOKE P. SELIGER, hereby certify that I have this date mailed a copy of the within document, postage prepaid, to John F. Hurley, Esq., Pojani, Hurley, Ritter and Salvidio, 446 Main Street, Worcester, MA 01608.

DATED: 6/14/05

_____
THOMAS B. FARREY, III
BROOKE P. SELIGER

(ch52#59)