UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

Civil Action No. 04-11401 CBS

COMMERCE INSURANCE CO., INC.
AS SUBROGEE OF MARK LLOYD AND SANDY LLOYD
　　　Plaintiff(s)

VS.

SAMSUNG ELECTRONICS AMERICA, INC.
　　　Defendant

## AGREEMENT TO EXTEND SCHEDULING ORDER

The Plaintiff, Commerce Insurance Company, Inc. as subrogee of Mark and Sandy Lloyd and the defendant, Samsung Electronics America, Inc. hereby agree to extend the interim deadline for completion of depositions, other than expert depositions, and final deadline for completion of fact discovery for a period of 30 days as follows:

3 c.　Fact Discovery – Interim Deadlines.  All depositions, other than expert depositions, must be completed by 3/3/06;

4.　Fact Discovery – Final Deadline.  All discovery, other than expert discovery, must be completed by 3/3/06;

Dated: Feb. 1, 2006

| | |
|---|---|
| Plaintiff,<br>By Its Attorneys<br><br>_____<br>**JOHN F. HURLEY, JR., ESQ.**<br>Pojani Hurley Ritter & Salvidio<br>446 Main Street<br>Worcester, MA 01608<br>Tel.: 508.798.2480<br>BBO: | Defendant,<br>By Its Attorneys<br><br>_____<br>**THOMAS B. FARREY, III**<br>**BROOKE P. SELIGER**<br>Burns & Farrey<br>446 Main Street<br>Worcester, MA 01608<br>Tel.:　508.756.6288<br>BBO:　159880/550947 |

### CERTIFICATE OF SERVICE

　　　I, THOMAS B. FARREY, III AND/OR BROOKE P. SELIGER, hereby certify that I have this date mailed a copy of the within document, to John F. Hurley, Esq., Pojani, Hurley, Ritter and Salvidio, 446 Main Street, Worcester, MA 01608.

DATED: 2/1/06

_____
THOMAS B. FARREY, III
BROOKE P. SELIGER

(CH52#102)