UNITED STATES DISTRICT COURT

Civil Action No. 04-11401 TSH

COMMERCE INSURANCE CO., INC. AS SUBROGEE
OF MARK LLOYD AND SANDY LLOYD
    Plaintiff(s)
VS.

SAMSUNG ELECTRONICS AMERICA, INC.
    Defendant(s)

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above entitled action, pursuant to the provisions of Fed. Rules of Civil Procedure 41(a)(1)(ii) hereby stipulate that said action be dismissed with prejudice, without costs or attorneys fees and waiving all rights of appeal.

  /s/ Brooke P. Seliger
THOMAS B. FARREY, III/BBO# 159880A
BROOKE P. SELIGER/BBO# 550947A
Attorneys for Defendant
Burns & Farrey
446 Main Street, 22nd Floor
Worcester, MA 01608
Telephone (508) 756-6288

  /s/ John F. Hurley, Jr.
JOHN F. HURLEY
Attorney for Plaintiff
Pojani, Hurley, Ritter & Salvidio, LLP
446 Main Street
Worcester, MA01608
Telephone (508) 798-2480

DATED: 4/18/06

BPS/SW
(0000CH-0052 cp# 134